# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3875

_____

| | |
|---|---|
| Michael Wayne Thomas, Jr., | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Arkansas. |
| Garrett, Corporal, EARU, ADC; | * |
| Harrison Foreman, Sgt., EARU, ADC; | * [UNPUBLISHED] |
| Cheryl Evans, Lt., EARU, ADC, | * |
| | * |
| Appellees. | * |

_____

Submitted: September 5, 2007
Filed: September 10, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Thomas appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. We agree that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.